UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERRY FONT

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NUMBER 08-406-FJP-DLD

### ORDER

Considering the notice of death of the plaintiff,[1] counsel for plaintiff shall properly amend this suit in accordance with Rule 25 of the Federal Rules of Civil Procedure to properly substitute the decedent's successor or representative within 90 days after the service of the notice of death which was January 23, 2009.

IT IS FURTHER ORDERED that if plaintiff fails to properly amend this case within the time granted, this suit will be dismissed.

Baton Rouge, Louisiana, January 30, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 7.

Doc#45772

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY FONT | CIVIL ACTION |
| | NO. 08-00406 |
| VERSUS | |
| | JUDGE: FJP |
| WAL-MART STORES, INC. | MAGISTRATE: DLD |

### SUGGESTION ON RECORD

Pursuant to Fed. R. Civ. P. 25(a)(1), Defendant, Wal-Mart Stores, Inc., by its attorney, Eugene T. Rhee, suggests on the record the death of Plaintiff, Jerry Font, prior to or during the pendency of this action.

Dated: January 23, 2009

                                    Respectfully submitted,

                                    /s/ Eugene T. Rhee
                                EUGENE T. RHEE (#28197)
                                McCRANIE, SISTRUNK, ANZELMO,
                                HARDY, MAXWELL & McDANIEL
                                3445 N. Causeway Blvd./Suite 800
                                Metairie, Louisiana 70002
                                Telephone: (504) 831-0946
                                Facsimile: (504) 831-2492
                                ATTORNEY FOR DEFENDANT,
                                WAL-MART STORES, INC.

Page 1 of 2

[Handwritten order in margin:]

order:

The Court, considering the notice of death of the plaintiff, the pl. shall properly amend this suit in accordance with Rule 25 of the F.R.C.P. to properly substitute the decedent's successor or representative wt. 90 days after the service of the notice. It is further ordered that if pl. fails to properly amend this case w/i the time granted, this suit will be finally dismissed. death which was Jan. 23, 2009

FJP/DLD